UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIUMARRA VINEYARDS CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>COWAN SYSTEMS, LLC, et al.,<br><br>  Defendants. | No. 1:21-cv-01233-DAD-JLT<br><br>ORDER REMANDING ACTION TO THE KERN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 5) |

On October 8, 2021, the parties stipulated to remand of this action to the Kern County Superior Court, where this action was originally filed. (Doc. No. 5.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Kern County Superior Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __October 13, 2021__   _____
UNITED STATES DISTRICT JUDGE

1